## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| JESUS DAVALOS & ESTHER VILLATORO, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 5:16-CV-081 |
| STANDARD GUARANTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Jesus Davalos and Esther Villatoro and Defendant Standard Guaranty Insurance Company hereby dismiss with prejudice all claims and counterclaims asserted in this lawsuit. Each party shall bear its own fees and costs.

Respectfully submitted,

EDISON, MCDOWELL & HETHERINGTON LLP

By: /s/ Bradley J. Aiken
    Bradley J. Aiken
    State Bar No. 24059361
    Federal Bar No. 975212
First City Tower
1001 Fannin Street
Suite 2700
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile:  (713) 337-8850
Brad.Aiken@emhllp.com

*ATTORNEY-IN-CHARGE FOR DEFENDANT*

THE VOSS LAW FIRM

By */s/ Bill L. Voss*
    Bill L. Voss
    Texas Bar No. 24047043
    Federal I.D. No. 602633
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile:  (713) 861-0021
bill@vosslawfirm.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all parties through their counsel of record by certified mail on November 16, 2016:

Bill L. Voss
Scott G. Hunziker
Clayton Hardin
THE VOSS LAW FIRM, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380


/s/  *Bradley J. Aiken*