United States District Court
Southern District of Texas
**ENTERED**
November 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JESUS DAVALOS, § | |
| ESTHER VILLATORO, § | |
| § | |
| Plaintiffs, § | |
| v. § | Case No. 5:16-cv-81 |
| § | |
| STANDARD GUARANTY INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## MEMORANDUM OF DISMISSAL

The parties have filed a Rule 41(a) Stipulation of Dismissal. (Dkt. 37). In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties have signed the Stipulation. Pursuant to the Rule, no court order is required to effectuate the dismissal. The Clerk is therefore DIRECTED to enter on the docket sheet that this case is dismissed.

DONE at Laredo, Texas, this 16th day of November, 2016.

_____
George P. Kazen
Senior United States District Judge